IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin S. Wilkins and Holly L. Wilkins, | ) | Bankruptcy No. 21-21200-CMB |
| Debtors | ) | Chapter 13 |
| | ) | Related to Docket No. 100 |
| Justin S. Wilkins and Holly L. Wilkins, | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 21, 2024, a true and correct copy of the *Order Granting Order at Certification of Counsel Regarding Consent Order Employing Special Counsel* was served by the following methods, unless otherwise noted, upon the following persons and parties:

Ronda J. Winnecour, Chapter 13 Trustee - *Via ECF mail*

Madison E. Hart, Esquire - *Via email to* [mhart@sjwlaw.com](mailto:mhart@sjwlaw.com)

Justin Wilkins-*via email to* [memnnoch3333@gmail.com](mailto:memnnoch3333@gmail.com)

Date of Service: November 21, 2024

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com