IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         )
                                               )
Justin S. Wilkins and Holly L. Wilkins,        )    Case No. 21-21200-CMB
                                               )    Chapter 13
    Debtors                                )

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    Debtors to provide for increased mortgage payment.

☐    a motion to lift stay
    as to creditor

☐    Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒  Chapter 13 Plan dated    June 8, 2021
☐  Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    X    Debtors' Plan payments shall be changed from $ __3,255.00__ to $ __4,006.00__ per month, effective December, 2024; and/or the Plan term shall be changed from _____ months to _____ months. _____ .

    ☐    In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

    ☐    Debtors shall file and serve _____ on or before _____ .

    ☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

    ☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

    X    Other: __Wilmington Trust, NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006-HE3 shall be paid $1,122.21 per month beginning December 1, 2024 per the Notice of Mortgage Payment Change filed November 6, 2024.__

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 22nd day of November, 2024

Dated: 11/22/2024

*Carlota M. Böhm*    **dmk**
Honorable Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
11/22/24 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21200-CMB |
| Justin S Wilkins | Chapter 13 |
| Holly L Wilkins | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Nov 22, 2024    Form ID: pdf900    Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin S Wilkins, Holly L Wilkins, 802 Seventh Street, Rochester, PA 15074-1433 |
| sp | + | Madison E. Hart, Shollenberger Januzzi & Wolfe, LLP, 2225 Millennium Way, Enola, PA 17025-1497 |
| 15376397 | + | Beaver Falls Municipal Authority, Public Water Service, 1425 Eight Avenue, PO Box 400, Beaver Falls, PA 15010-0400 |
| 15376399 | + | Berkheimer, Earned Income Tax Admisistrator, 121 East Second Street, Berwick, PA 18603-4826 |
| 15376401 | + | Brighton Radiology, c/o Remit Corporation, 36 West Main St., PO Box 7, Bloomsburg, PA 17815-0007 |
| 15376403 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P. O. Box 742537, Cincinnati, OH 45274 |
| 15377059 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15376402 | + | Childrens Dermatology, c/o Collection Service Center, PO Box 14931, Pittsburgh, PA 15234-0931 |
| 15376405 | | Duquense Light, PO Box 67, Pittsburgh, PA 15267-0001 |
| 15376406 | | ECMC, Lockbox #8682, P. O. Box 75848, St. Paul, MN 55157-0848 |
| 15376411 | + | Greater Pittsburgh Orthopaedic Assoc., PO Box 3485, Pittsburgh, PA 15230-3485 |
| 15376416 | | HV Pediactrics, PO Box 1178, Harrisburg, PA 17108 |
| 15376412 | + | Heritage Valley Beaver, c/o National Hospital Collections, PO Box 699, Morgantown, WV 26507-0699 |
| 15376413 | + | Heritage Valley Beaver, 1000 Dutch Ridge, Beaver, PA 15009-9727 |
| 15376415 | + | Honorble William R. Livingston II, 1100 6th Ave., Beaver Falls, PA 15010-4421 |
| 15376419 | + | Northwest Consumer Discount, 1602 7th Ave., Beaver Falls, PA 15010-4012 |
| 15376421 | + | Penn State, c/o Suntrust/American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15376422 | + | Premier Womens Health, 301 Ohio River Boulevard, Suite 301, Sewickley, PA 15143-1300 |
| 15376427 | + | Sprint, P.O. Box 6419, Carol Stream, IL 60197-6419 |
| 15376431 | + | Waste Management, c/o Receivables Management Service, 1899 Eaton Ave., Bethlehem, PA 18025-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Nov 23 2024 00:55:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2024 01:44:20 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2024 00:10:11 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15376394 | ^ | MEBN | Nov 22 2024 23:47:41 | APEX Assest Management LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 15376395 | | Email/Text: g17768@att.com | Nov 23 2024 00:55:00 | AT&T, P. O. Box 6416, Carol Stream, IL 60197-6416 |

Case 21-21200-CMB    Doc 105    Filed 11/24/24    Entered 11/25/24 00:32:26    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15376396 | | Email/Text: bnc@atlasacq.com | Nov 23 2024 00:55:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15379942 | | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2024 00:55:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 15376393 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 23 2024 00:55:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15376398 | | Email/Text: dltlegal@hab-inc.com | Nov 23 2024 00:55:00 | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002 |
| 15376400 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 23 2024 00:56:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15387193 | + | Email/Text: documentfiling@lciinc.com | Nov 23 2024 00:54:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15376404 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2024 00:09:28 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15395033 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2024 00:56:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15376407 | + | Email/Text: asi@auditsystemsinc.net | Nov 23 2024 00:56:00 | Elizur, c/o Audit Systems Incorporated, 3696 Ulmerton Road, Suite 200, Clearwater, FL 33762-4237 |
| 15376408 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Nov 23 2024 00:55:00 | First National Bank, c/o AAS Debt Recovery, Inc., PO Box 129, Monroeville, PA 15146-0129 |
| 15376410 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 23 2024 00:55:00 | Greater Pittsburgh Orthopaedic, c/o IC System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 15376417 | + | Email/Text: Bankruptcies@nragroup.com | Nov 23 2024 00:56:00 | HVHS Sewickley Hospital, c/o National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 15376414 | + | Email/Text: bnc-capio@quantum3group.com | Nov 23 2024 00:56:00 | Heritage Valley Sewickley, c/o Capio Parteners, 2222 Texoma Pkwy., Suite 150, Sherman, TX 75090-2481 |
| 15385807 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2024 00:10:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15376418 | + | Email/Text: bnc-capio@quantum3group.com | Nov 23 2024 00:56:00 | MBA Law, 3400 Texoma Parkway, Suite 100, Sherman, TX 75090-1916 |
| 15376420 | | Email/Text: bankruptcies@penncredit.com | Nov 23 2024 00:55:00 | Penn Credit, PO Box 1259, Dept. 91047, Oaks, PA 19456 |
| 15381880 | + | Email/Text: bncnotifications@pheaa.org | Nov 23 2024 00:55:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15376423 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 23 2024 00:55:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 15379867 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2024 00:56:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15382465 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 23 2024 00:56:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15376424 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 23 2024 00:56:00 | Santander, P.O. Box 562088, Dallas, TX 75356-2088 |
| 15376425 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 23 2024 00:56:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 15383442 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 23 2024 02:05:05 | Sprint Corp., Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15376430 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 23 2024 00:54:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | 63304-2225 |
| 15376429 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Nov 23 2024 00:54:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15376428 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Nov 23 2024 00:54:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 15376432 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 23 2024 00:09:50 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 15382738 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Nov 23 2024 00:56:00 | Wilmington Trust, NA, successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15376433 | | Email/Text: documentfiling@lciinc.com | | |
| | | | Nov 23 2024 00:54:00 | XFinity, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Trust, NA, successor trustee to Citiban |
| cr | | Wilmington Trust, NA, successor trustee to Citiban |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15395034 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15376409 | *+ | First National Bank, c/o AAS Debt Recovery Inc., PO Box 129, Monroeville, PA 15146-0129 |
| 15376426 | ##+ | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Denise Carlon | |
| | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | |
| | on behalf of Joint Debtor Holly L Wilkins julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; |

Case 21-21200-CMB    Doc 105    Filed 11/24/24    Entered 11/25/24 00:32:26    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: pdf900 | Total Noticed: 54 |

rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb

on behalf of Debtor Justin S Wilkins
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Matthew M. Pavlovich

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mpavlovich@prpclaw.com,
sruschak@prpclaw.com

Michelle L. McGowan

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mimcgowan@raslg.com

Michelle L. McGowan

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Roger Fay

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 11