IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin S. Wilkins and Holly L. Wilkins, | ) | Case No. 21-21200-CMB |
| Debtors | ) | Chapter 13 |
| | ) | |
| Justin S. Wilkins, | ) | Document No. 107 |
| Social Security No. XXX-XX-2438 | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United Airlines and Ronda J. | ) | |
| Winnecour-Chapter 13 Trustee, | ) | |
| Respondents | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 5, 2024, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by the following methods, upon the following persons and parties:

United Airlines
Attn: Payroll Department
16th Floor - HSCPZ
609 Main Street
Houston, TX 77002
*Via Regular U.S. First Class Mail*

Ronda J. Winnecour-Chapter 13 Trustee
*Via ECF Mail*

Justin S. Wilkins
802 Seventh Street
Rochester, PA 15074
*Via Regular U.S. First Class Mail*

Date of Service: December 5, 2024

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue
Suite 322, Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com