# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/18/2025

IN RE:

JUSTIN S WILKINS                                    Case No.21-21200 CMB
HOLLY L WILKINS
802 SEVENTH STREET                                  Chapter 13
ROCHESTER, PA 15074
XXX-XX-2438          Debtor(s)

XXX-XX-8486

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/18/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **MILSTEAD & ASSOCIATES LLC** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY | |
| 14000 COMMERCE PKWY STE H | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| MT LAUREL, NJ 08054 | COMMENT: WILMINGTON~CITIBANK/PRAE | | |

| | | | |
|---|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY | |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **MUNICIPAL AUTHORITY OF BEAVER FALLS** | Trustee Claim Number:3   INT %: 10.00% | CRED DESC: SECURED CREDITOR | |
| 1425 8TH AVE | Court Claim Number: | ACCOUNT NO.: 5070 | |
| | CLAIM: 200.00 | | |
| BEAVER FALLS, PA 15010 | COMMENT: 20-001-0507-000*NO YRS/SCH-PL*$@10%/PL | | |

| | | | |
|---|---|---|---|
| **CARVANA LLC** | Trustee Claim Number:4   INT %: 5.00% | CRED DESC: VEHICLE | |
| PO BOX 29018 | Court Claim Number:1 | ACCOUNT NO.: 1801 | |
| | CLAIM: 20,952.13 | | |
| PHOENIX, AZ 85038 | COMMENT: $CL1GOV@TERMS/PL*PMT/CONF*$/CL-PL@5%/PL | | |

| | | | |
|---|---|---|---|
| **SANTANDER CONSUMER USA** | Trustee Claim Number:5   INT %: 5.00% | CRED DESC: VEHICLE | |
| PO BOX 560284 | Court Claim Number:5 | ACCOUNT NO.: 2993 | |
| | CLAIM: 6,747.32 | | |
| DALLAS, TX 75356 | COMMENT: CEASE PMTS/COE*$CL5GOV@5%/PL*PMT/CNF*$10,689.00/CL-PL@5%/PL | | |

| | | | |
|---|---|---|---|
| **WILMINGTON TRUST NA - SCCSSR TRUSTEE CIT** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN | |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:6 | ACCOUNT NO.: 9331 | |
| ATTN: REMITTANCE PROCESSING | | | |
| PO BOX 65450 | CLAIM: 0.00 | | |
| SALT LAKE CITY, UT 84165 | COMMENT: PMT/DECL*DKT4LMT*BGN 6/21 | | |

| | | | |
|---|---|---|---|
| **ALLY FINANCIAL**\*\* | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| C/O ALLY SERVICING(*) | Court Claim Number:3 | ACCOUNT NO.: 2880 | |
| PAYMENT PROCESSING CENTER* | | | |
| PO BOX 660618 | CLAIM: 11,129.05 | | |
| DALLAS, TX 75266-0618 | COMMENT: X1942/SCH*AUTO DFNCY*REPO | | |

| | | | |
|---|---|---|---|
| **APEX ASSET** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 2501 OREGON PIKE STE 120 | Court Claim Number: | ACCOUNT NO.: 1795 | |
| | CLAIM: 0.00 | | |
| LANCASTER, PA 17601 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ATT**++ | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| POB 105262 | Court Claim Number: | ACCOUNT NO.: 8011 | |
| | CLAIM: 0.00 | | |
| ATLANTA, GA 30348 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.: 8977 | |
| PO BOX 10587 | | | |
| | CLAIM: 0.00 | | |
| GREENVILLE, SC 29603-0587 | COMMENT: STRICKEN/OE*GE CAP CORP*WALMART*511.87/CL*DKT | | |

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **BERKHEIMER TAX ADMINISTRATOR**\*\* | Trustee Claim Number:11   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| HAB DLT LEGAL | Court Claim Number: | | ACCOUNT NO.: |
| PO BOX 20662 | | | |
| | CLAIM:  0.00 | | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  NT ADR~NO YRS~EIT PER CAP?~SD BORO?/ SCH | | |

| | | | |
|---|---|---|---|
| **BRIGHTON RADIOLOGY ASSOCIATES** | Trustee Claim Number:12   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 3582 BRODHEAD RD STE 204 | Court Claim Number: | | ACCOUNT NO.:  6822 |
| | CLAIM:  0.00 | | |
| MONACA, PA  15061-3142 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **CHILDRENS DERMATOLOGY** | Trustee Claim Number:13   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 11279 PERRY HWY STE 100 | Court Claim Number: | | ACCOUNT NO.:  RQ83 |
| | CLAIM:  0.00 | | |
| WEXFORD, PA  15090 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **COLUMBIA GAS OF PA INC**(\*) | Trustee Claim Number:14   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number: | | ACCOUNT NO.:  0007 |
| | CLAIM:  0.00 | | |
| COLUMBUS, OH  48216-0117 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:15   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | | ACCOUNT NO.:  8474 |
| PO BOX 10587 | | | |
| | CLAIM:  418.79 | | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT 1 | | |

| | | | |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY**(\*) | Trustee Claim Number:16   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:11 | | ACCOUNT NO.:  6005 |
| 411 SEVENTH AVE | | | |
| MAIL DROP 16-1 | CLAIM:  3,781.56 | | |
| PITTSBURGH, PA  15219 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ECMC**(\*) | Trustee Claim Number:17   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:4 | | ACCOUNT NO.:  8486 |
| PO BOX 16478 | | | |
| | CLAIM:  10,657.37 | | |
| ST PAUL, MN  55116-0478 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ELIZUR CORP** | Trustee Claim Number:18   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 9800B MCKNIGHT RD | Court Claim Number: | | ACCOUNT NO.:  0247 |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15237 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA**\*\* | Trustee Claim Number:19   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O AAS DEBT RECOVERY INC | Court Claim Number: | | ACCOUNT NO.:  1244 |
| ATTN BANKRUPTCY NOTICING | | | |
| 2526 MONROEVILLE BLVD STE 205 | CLAIM:  0.00 | | |
| MONROEVILLE, PA  15146 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA**\*\* | Trustee Claim Number:20   INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O AAS DEBT RECOVERY INC | Court Claim Number: | | ACCOUNT NO.:  1244 |
| ATTN BANKRUPTCY NOTICING | | | |
| 2526 MONROEVILLE BLVD STE 205 | CLAIM:  0.00 | | |
| MONROEVILLE, PA  15146 | COMMENT: | | |

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CF MEDIC** | Trustee Claim Number:21   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:2 | | ACCOUNT NO.: 6814 |
| PO BOX 2489 | | | |
| | CLAIM: 181.59 | | |
| KIRKLAND, WA 98083-2489 | COMMENT: X3001/SCH*HERITAGE VALLEY MEDICAL | | |

| | | | |
|---|---|---|---|
| **GREATER PITTSBURGH ORTHOPEDIC ASSOCIAT** | Trustee Claim Number:22   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3485 | Court Claim Number: | | ACCOUNT NO.: 4950 |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15230 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **HERITAGE VALLEY BEAVER** | Trustee Claim Number:23   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 1000 DUTCH RIDGE | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| BEAVER, PA 15009 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **HERITAGE VALLEY BEAVER** | Trustee Claim Number:24   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 1000 DUTCH RIDGE | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| BEAVER, PA 15009 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **HERITAGE VALLEY SEWICKLEY** | Trustee Claim Number:25   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 827221 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PHILADELPHIA, PA 19182-7221 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **HV PEDIATRICS INC** | Trustee Claim Number:26   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 1178 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| HARRISBURG, PA 15108 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **HVHS SEWICKLEY HOSPITAL** | Trustee Claim Number:27   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 2491 PAXTON ST | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| HARRISBURG, PA 17111 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **MBA LAW** | Trustee Claim Number:28   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 3400 TEXOMA PKWY STE 100 | Court Claim Number: | | ACCOUNT NO.: 1503 |
| | CLAIM: 0.00 | | |
| SHERMAN, TX 75090 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **NORTHWEST CONSUMER DISCOUNT CO**** | Trustee Claim Number:29   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 100 LIBERTY ST | Court Claim Number: | | ACCOUNT NO.: 9240 |
| PO BOX 337 | | | |
| | CLAIM: 0.00 | | |
| WARREN, PA 16365 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **AES++** | Trustee Claim Number:30   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 61047 | Court Claim Number: | | ACCOUNT NO.: 10PA |
| | CLAIM: 0.00 | | |
| HARRISBURG, PA 17106 | COMMENT: SUNTRUST~PENN STATE/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PREMIER WOMENS HEALTH LTD** | Trustee Claim Number:31   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 301 OHIO RIVER BLVD STE 301 | Court Claim Number: | ACCOUNT NO.:  6776 |
| | CLAIM:  0.00 | |
| SEWICKLEY, PA  15143 | COMMENT: | |

| | | |
|---|---|---|
| **PROGRESSIVE** | Trustee Claim Number:32   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| USAA GENERAL AGENCY INC | Court Claim Number: | ACCOUNT NO.:  9220 |
| 9800 FREDERICKSBURG | | |
| | CLAIM:  0.00 | |
| SAN ANTONIO, TX  78288 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **SHARP COLLECTIONS** | Trustee Claim Number:33   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 81 | Court Claim Number: | ACCOUNT NO.:  0601 |
| 14 E SHENANGO ST | | |
| | CLAIM:  0.00 | |
| SHARPSVILLE, PA  16150 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **SPRINT CORP\*\*** | Trustee Claim Number:34   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT | Court Claim Number:7 | ACCOUNT NO.:  8216 |
| PO BOX 7949 | | |
| | CLAIM:  5,309.84 | |
| OVERLAND PARK, KS  66207-0949 | COMMENT:  ONGOING SVCS THRU  5/21 | |

| | | |
|---|---|---|
| **SPRINT CORP(\*)++** | Trustee Claim Number:35   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3326 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ENGLEWOOD, CO  80155-3326 | COMMENT: | |

| | | |
|---|---|---|
| **VERIZON** | Trustee Claim Number:36   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 140 WEST ST | Court Claim Number: | ACCOUNT NO.:  270Y |
| | CLAIM:  0.00 | |
| NEW YORK, NY  10007 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **VERIZON** | Trustee Claim Number:37   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 140 WEST ST | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| NEW YORK, NY  10007 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **WASTE MANAGEMENT\* (PMT)** | Trustee Claim Number:38   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT | Court Claim Number: | ACCOUNT NO.: |
| 1001 FANNIN ST STE 4000 | | |
| | CLAIM:  0.00 | |
| HOUSTON, TX  77002 | COMMENT:  GARBAGE/SCH | |

| | | |
|---|---|---|
| **WELLS FARGO DEALER SERVICES** | Trustee Claim Number:39   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 51963 | Court Claim Number: | ACCOUNT NO.:  5028 |
| | CLAIM:  0.00 | |
| LOS ANGELES, CA  90051 | COMMENT:  NT ADR~VEHICLE DFNCY/SCH | |

| | | |
|---|---|---|
| **COMCAST** | Trustee Claim Number:40   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 1931 | Court Claim Number:9 | ACCOUNT NO.:  4937 |
| | CLAIM:  213.94 | |
| BURLINGAME, CA  94011 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **XFINITY CABLE** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 300 CORLISS ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15204 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DISTRICT COURT++** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| #36 1 02 | Court Claim Number: | ACCOUNT NO.: |
| 1100 6TH AVE | | |
| | CLAIM: 0.00 | |
| BEAVER FALLS, PA 15010 | COMMENT: | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:43  INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 2800 COMMERCE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17110 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **VERIZON WIRELESS** | Trustee Claim Number:44  INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 500 TECHNOLOGY DR STE 550 | Court Claim Number: | ACCOUNT NO.: |
| ATTN ADMINISTRATION | | |
| | CLAIM: 0.00 | |
| WELDON SPRING, MO 63304 | COMMENT: | |

| | | |
|---|---|---|
| **WILMINGTON TRUST NA - SCCSSR TRUSTEE CIT** | Trustee Claim Number:45  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:6 | ACCOUNT NO.: 9331 |
| ATTN: REMITTANCE PROCESSING | | |
| PO BOX 65450 | CLAIM: 52,972.45 | |
| SALT LAKE CITY, UT 84165 | COMMENT: $/CL-PL*THRU 5/21 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:46  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 10587 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0587 | COMMENT: | |

| | | |
|---|---|---|
| **ATLAS ACQUISITIONS LLC** | Trustee Claim Number:47  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 492C CEDAR LN STE 442 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| TEANECK, NJ 07666 | COMMENT: /PRAE | |

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO** | Trustee Claim Number:48  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73118 | COMMENT: ALLY FNCL/PRAE | |

| | | |
|---|---|---|
| **WESTLAKE FINANCIAL SERVICES (*)** | Trustee Claim Number:49  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 4751 WILSHIRE BLVD STE 100 | Court Claim Number: | ACCOUNT NO.: 9962 |
| | CLAIM: 0.00 | |
| LOS ANGELES, CA 90010 | COMMENT: PMT/STIP OE*498.03X33+2=LMT*BGN 9/23*NT/PL*ND ACCT NO | |