IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Justin S. Wilkins and ) | Case No. 21-21200 CMB |
| Holly L. Wilkins ) | Chapter 13 |
|     Debtors ) | |
| ) | Document No. 112 |
| Justin S. Wilkins., ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| United Airlines and Ronda J. ) | |
| Winnecour-Chapter 13 Trustee, ) | |
|     Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 21, 2025, a true and correct copy of the *Order Terminating Wage Attachment* was served by the following methods, upon the following persons and parties:

Justin S. Wilkins  
*Via Email*

Ronda J. Winnecour-Chapter 13 Trustee  
*Via ECF Mail*

United Airlines,  
Attn: Payroll Department,  
16th Floor - HSCPZ,  
609 Main Street,  
Houston, TX 77002  
Via Mail

Date of Service: August 21, 2025

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Steidl & Steinberg, P.C.  
436 Seventh Avenue, Suite 322  
Pittsburgh, PA 15219  
(412) 391-8000  
PA ID 209201  
llamb@steidl-steinberg.com