IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Justin S. Wilkins and Holly L. Wilkins, )  Case No. 21-21200-CMB
              Debtors )  Chapter 13
)
Justin S. Wilkins, )  Document No. WO-1
Social Security No. XXX-XX-2438 )
              Movant )
)
         vs. )  Related to Doc. No. 111
)
United Airlines and Ronda J. Winnecour, )
Chapter 13 Trustee, )
            Respondents )
)

## CONSENT ORDER OF COURT

AND NOW, to wit, this 19th day of ___August___, 2025, it is hereby ORDERED, ADJUDGED and DECREED, that:

1) United Airlines, Attn: Payroll Department, 16th Floor - HSCPZ, 609 Main Street, Houston, TX 77002, is hereby ordered to immediately terminate the attachment of the wages of Movant. No future payments are to be sent by United Airlines to Ronda J. Winnecour, Trustee on behalf of Movant until further Order of Court.

2) This wage termination is permitted to occur, because the Debtors intend on separating and Movant needs to save money for a security deposit, first-month's rent and other moving expenses as he will be moving out of the marital residence.

3) Movant anticipates being able to file a Motion to Attach Wages after six bi-weekly pay periods pass without his wages being attached.

4) Trustee consents to the termination of the wage attachment to accommodate Debtors' circumstances.  It is not intended as a modification of the Plan, and will not preclude the Trustee from filing a Certificate of Default or taking any other action(s) as a result of Plan defaults or arrears as she believes appropriate.

IT IS SO ORDERED:

Honorable Carlota M. Böhm
United States Bankruptcy Judge

/s/Kate DeSimone
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors

FILED
8/19/25 5:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 21-21200-CMB
Justin S Wilkins                                                      Chapter 13
Holly L Wilkins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                              Page 1 of 2
Date Rcvd: Aug 19, 2025                 Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin S Wilkins, Holly L Wilkins, 802 Seventh Street, Rochester, PA 15074-1433 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Denise Carlon | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Joint Debtor Holly L Wilkins julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-2                                    User: auto                                    Page 2 of 2
Date Rcvd: Aug 19, 2025                            Form ID: pdf900                            Total Noticed: 1

Lauren M. Lamb
on behalf of Debtor Justin S Wilkins
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew M. Pavlovich
on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mpavlovich@prpclaw.com,
sruschak@prpclaw.com

Michelle L. McGowan
on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- mimcgowan@raslg.com

Michelle L. McGowan
on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 11