IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin S. Wilkins and | ) | Bankruptcy No. 21-21200 CMB |
| Holly L. Wilkins, | ) | Chapter 13 |
| | ) | Document No. |
| Debtors | ) | |
| | ) | |
| Justin S. Wilkins and | ) | |
| Holly L. Wilkins, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, come the Movants, Justin S. Wilkins and Holly L. Wilkins, by and through their attorney, Lauren M. Lamb and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. At the time of filing, the Movants had an address of 802 Seventh Street, Rochester, PA 15074.

2. The Movants have since moved and their new address is 159 Lettie Avenue, Campbell, OH 44405.

WHEREFORE, the Movants, Justin S. Wilkins and Holly L. Wilkins, respectfully file this Notice of Change of Address.

Respectfully submitted,

October 20, 2025  
DATE

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtors  
STEIDL & STEINBERG  
436 Seventh Ave, Suite 322  
Pittsburgh, PA 15219  
(412) 391-8000  
llamb@steidl-steinberg.com  
PA I.D. No. 209201