IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
Justin S. Wilkins and                 )      Case No. 21-21200-CMB
Holly L. Wilkins,                     )      Chapter 13
                                      )
        Debtors                       )      Related to:  Document No. 124
                                      )
Justin S. Wilkins and                 )
Holly L Wilkins,                      )
                                      )
        Movants                       )
                                      )
vs.                                   )
                                      )
No Respondents                        )

## ORDER OF COURT

AND NOW, to wit, this ____4th____ day of _____May_____, 2026, it

is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Justin S. Wilkins

and Holly L. Wilkins, is hereby granted an extension until May 29, 2026 to respond to the

Trustee's Certificate of Default, provide proof of payment and file an amended Chapter

13 Plan or Stipulated Order Modifying Plan.

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
5/4/26 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-21200-CMB

Justin S Wilkins                                                                Chapter 13

Holly L Wilkins

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb      + Justin S Wilkins, Holly L Wilkins, 159 Lettie Avenue, Campbell, OH 44405-1029

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Andrew M. Lubin

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Jordan Matthew Katz

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- jkatz@raslg.com

Keri P. Ebeck

    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Lauren M. Lamb

    on behalf of Joint Debtor Holly L Wilkins
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb

District/off: 0315-2                        User: auto                                    Page 2 of 2

Date Rcvd: May 04, 2026                     Form ID: pdf900                          Total Noticed: 1

on behalf of Debtor Justin S Wilkins
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

Matthew M. Pavlovich

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mpavlovich@prpclaw.com,
sruschak@prpclaw.com

Michelle L. McGowan

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- mimcgowan@raslg.com

Michelle L. McGowan

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 12