IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin S. Wilkins and | ) | Bankruptcy No. 21-21200-CMB |
| Holly L. Wilkins, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Related Trustee Certificate of Default at |
| | ) | Doc. No. 122 and Order requiring |
| Justin S. Wilkins and | ) | response at Doc. No. 123 |
| Holly L. Wilkins, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| | ) | |
| Respondent(s) | ) | |

**NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS**

1.      Debtors propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

2.      The cure shall be effected as follows: Debtor-husband has a pending personal injury claim for an auto accident.  Debtor-husband's special counsel is actively attempting to settle this claim.  Debtors continue to make payments from their wages and will dedicate the settlement proceeds, including proceeds that are able to be exempted, if necessary, to complete the Plan.

3.      All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtors and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

4.      A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on  July 23, 2026, at 9:00 am, before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 29th day of May, 2026.


/s/Lauren M. Lamb_____
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com
Attorney for the Debtors