IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-21200-CMB |
| Justin S. Wilkins | ) | Chapter 13 |
| Holly L. Wilkins | ) | |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Justin S. Wilkins | ) | |
| Holly L. Wilkins | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on **July 9, 2026 at 11:30 a.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.  In accordance with Judge Böhm's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Böhm's website (which can be found at https://www.pawb.uscourts.gov/judge-bohms-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Böhm's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures-1.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss

should file a written response on or before **June 22, 2026.**

6/5/26                                    /s/ Ronda J. Winnecour
Date                                      Ronda J. Winnecour (PA I.D. #30399)
                                          Attorney and Chapter 13 Trustee
                                          U.S. Steel Tower – Suite 3250
                                          600 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21200-CMB |
| Justin S Wilkins | Chapter 13 |
| Holly L Wilkins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 08, 2026 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin S Wilkins, Holly L Wilkins, 159 Lettie Avenue, Campbell, OH 44405-1029 |
| sp | + | Madison E. Hart, Shollenberger Januzzi & Wolfe, LLP, 2225 Millennium Way, Enola, PA 17025-1497 |
| 15376397 | + | Beaver Falls Municipal Authority, Public Water Service, 1425 Eight Avenue, PO Box 400, Beaver Falls, PA 15010-0400 |
| 15376399 | + | Berkheimer, Earned Income Tax Admisistrator, 121 East Second Street, Berwick, PA 18603-4826 |
| 15376401 | + | Brighton Radiology, c/o Remit Corporation, 36 West Main St., PO Box 7, Bloomsburg, PA 17815-0007 |
| 15376403 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P. O. Box 742537, Cincinnati, OH 45274 |
| 15377059 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15376402 | + | Childrens Dermatology, c/o Collection Service Center, PO Box 14931, Pittsburgh, PA 15234-0931 |
| 15376405 | | Duquense Light, PO Box 67, Pittsburgh, PA 15267-0001 |
| 15376406 | | ECMC, Lockbox #8682, P. O. Box 75848, St. Paul, MN 55157-0848 |
| 15376411 | + | Greater Pittsburgh Orthopaedic Assoc., PO Box 3485, Pittsburgh, PA 15230-3485 |
| 15376416 | | HV Pediactrics, PO Box 1178, Harrisburg, PA 17108 |
| 15376412 | + | Heritage Valley Beaver, c/o National Hospital Collections, PO Box 699, Morgantown, WV 26507-0699 |
| 15376413 | + | Heritage Valley Beaver, 1000 Dutch Ridge, Beaver, PA 15009-9727 |
| 15376415 | + | Honorble William R. Livingston II, 1100 6th Ave., Beaver Falls, PA 15010-4421 |
| 15376427 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, Sprint, P.O. Box 6419, Carol Stream, IL 60197 |
| 15376419 | + | Northwest Consumer Discount, 1602 7th Ave., Beaver Falls, PA 15010-4012 |
| 15376421 | + | Penn State, c/o Suntrust/American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15376422 | + | Premier Womens Health, 301 Ohio River Boulevard, Suite 301, Sewickley, PA 15143-1300 |
| 15376431 | + | Waste Management, c/o Receivables Management Service, 1899 Eaton Ave., Bethlehem, PA 18018 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Jun 09 2026 00:55:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 09 2026 01:03:08 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 09 2026 01:03:16 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15376394 | ^ | MEBN | Jun 09 2026 00:50:22 | APEX Assest Management LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 15376395 | | Email/Text: g17768@att.com | Jun 09 2026 00:55:00 | AT&T, P. O. Box 6416, Carol Stream, IL |

District/off: 0315-2                    User: auto                                    Page 2 of 4

Date Rcvd: Jun 08, 2026                 Form ID: pdf900                              Total Noticed: 54

| | | | | |
|---|---|---|---|---|
| | | | | 60197-6416 |
| 15376396 | | Email/Text: bnc@atlasacq.com | Jun 09 2026 00:55:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15379942 | | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2026 00:55:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 15376393 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2026 00:55:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15376398 | | Email/Text: dltlegal@hab-inc.com | Jun 09 2026 00:55:00 | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002 |
| 15376400 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 09 2026 00:56:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15387193 | + | Email/Text: documentfiling@lciinc.com | Jun 09 2026 00:55:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15376404 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 09 2026 01:03:08 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15395033 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 09 2026 00:56:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15376407 | + | Email/Text: asi@auditsystemsinc.net | Jun 09 2026 00:56:00 | Elizur, c/o Audit Systems Incorporated, 3696 Ulmerton Road, Suite 200, Clearwater, FL 33762-4237 |
| 15376408 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Jun 09 2026 00:55:00 | First National Bank, c/o AAS Debt Recovery, Inc., PO Box 129, Monroeville, PA 15146-0129 |
| 15376410 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 09 2026 00:55:00 | Greater Pittsburgh Orthopaedic, c/o IC System Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 15376417 | + | Email/Text: Bankruptcies@nragroup.com | Jun 09 2026 00:56:00 | HVHS Sewickley Hospital, c/o National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 15376414 | + | Email/Text: bnc-capio@quantum3group.com | Jun 09 2026 00:56:00 | Heritage Valley Sewickley, c/o Capio Parteners, 2222 Texoma Pkwy., Suite 150, Sherman, TX 75090-2481 |
| 15383442 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jun 09 2026 00:56:00 | Sprint Corp., Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15385807 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 01:03:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15376418 | + | Email/Text: bnc-capio@quantum3group.com | Jun 09 2026 00:56:00 | MBA Law, 3400 Texoma Parkway, Suite 100, Sherman, TX 75090-1905 |
| 15376420 | | Email/Text: bankruptcies@penncredit.com | Jun 09 2026 00:55:00 | Penn Credit, PO Box 1259, Dept. 91047, Oaks, PA 19456 |
| 15381880 | + | Email/Text: bncnotifications@pheaa.org | Jun 09 2026 00:55:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15376423 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 09 2026 00:55:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 15379867 | | Email/Text: bnc-quantum@quantum3group.com | Jun 09 2026 00:56:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15382465 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 09 2026 00:56:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15376424 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 09 2026 00:56:00 | Santander, P.O. Box 562088, Dallas, TX 75356-2088 |
| 15376425 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 09 2026 00:56:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 15376430 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

District/off: 0315-2                          User: auto                                    Page 3 of 4

Date Rcvd: Jun 08, 2026                       Form ID: pdf900                              Total Noticed: 54

|  |  | Jun 09 2026 00:55:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15376429 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  | Jun 09 2026 00:55:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15376428 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|  |  | Jun 09 2026 00:55:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 15376432 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
|  |  | Jun 09 2026 01:03:16 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 15382738 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|  |  | Jun 09 2026 00:56:00 | Wilmington Trust, NA, successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15376433 | Email/Text: documentfiling@lciinc.com | | |
|  |  | Jun 09 2026 00:55:00 | XFinity, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Wilmington Trust, NA, successor trustee to Citiban |
| cr |  | Wilmington Trust, NA, successor trustee to Citiban |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15395034 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15376409 | *+ | First National Bank, c/o AAS Debt Recovery Inc., PO Box 129, Monroeville, PA 15146-0129 |
| 15376426 | ##+ | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                    Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Jordan Matthew Katz | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- jkatz@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lauren M. Lamb | on behalf of Joint Debtor Holly L Wilkins llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; |

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Jun 08, 2026

Form ID: pdf900

Total Noticed: 54

bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com

Lauren M. Lamb

on behalf of Debtor Justin S Wilkins llamb@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;
bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com

Matthew Fissel

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

Matthew M. Pavlovich

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mpavlovich@prpclaw.com,
sruschak@prpclaw.com

Michelle L. McGowan

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mimcgowan@raslg.com

Michelle L. McGowan

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Roger Fay

on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 12