**PROCEEDING MEMO**

**Date:  07/09/2026 11:30 AM**
  **In re:    Justin S Wilkins**
        **Holly L Wilkins**

                                        **Bankruptcy No.  21-21200-CMB**
                                        **Chapter:  13**
                                        **Doc. #  129**


**Appearances:  Chris Frye**
                **James Warmbrodt**


**Nature of Proceeding:  #129 Trustee's Motion To Dismiss**


**Additional Pleadings:  #133 Response filed by Debtors**


Per Atty. Warmbrodt, the Plan is beyond 60 months, and to complete it the Debtor would need to pay around $2,400.

Per Atty. Frye, special counsel was appointed due to a personal injury claim. An offer for settlement just received would net $33,000. The Debtor intends to use those funds to complete the Plan. He asks for more time to get the settlement filed for Court approval.

OUTCOME: Hearing is continued to September 16, 2026 at 10:30AM.


                        **Carlota Böhm**
                        **U.S. Bankruptcy Judge**

                            SIGNED
                            7/9/26 1:59 pm
                            CLERK
                            U.S. BANKRUPTCY
                            COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-21200-CMB |
|---|---|
| Justin S Wilkins | Chapter 13 |
| Holly L Wilkins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Justin S Wilkins, Holly L Wilkins, 159 Lettie Avenue, Campbell, OH 44405-1029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Jordan Matthew Katz | |
| | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- jkatz@raslg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Justin S Wilkins llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Lauren M. Lamb | |

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Jul 09, 2026                      Form ID: pdf900                                Total Noticed: 1

    on behalf of Joint Debtor Holly L Wilkins llamb@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;
bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com

Matthew Fissel

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

Matthew M. Pavlovich

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mpavlovich@prpclaw.com,
sruschak@prpclaw.com

Michelle L. McGowan

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- mimcgowan@raslg.com

Michelle L. McGowan

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of
Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- rshearer@raslg.com

Roger Fay

    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank NA, as trustee rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com


TOTAL: 13