IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Holly Wilkins, | ) | Bankruptcy No. 21-21200-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Holly Wilkins, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | | |

**NOTICE OF CHANGE OF ADDRESS**

AND NOW, comes the Movant, Holly Wilkins, by and through her attorney, Lauren M. Lamb and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. At the time of filing, the Movant had an address of 159 Lettie Avenue Campbell, OH 44405.

2. The Movant has since moved and her new address is 802 Seventh Street, Rochester, PA 15074.

WHEREFORE, the Movant, Holly Wilkins, respectfully files this Notice of Change of Address.

Respectfully submitted,

February 26, 2020
DATE

/s/ Lauren M. Lamb__________
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201