IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Justin S. Wilkins and<br>Holly L. Wilkins,<br><br>Debtors<br><br>Justin S. Wilkins and<br>Holly L. Wilkins,<br><br>Movants<br><br>vs.<br><br>Apex Asset Management, LLC, AT&T, Ally Financial, Atlas Acquisitions, Beaver Falls Municipal Authority, Berkheimer, Bridgecrest, Brighton Radiology, Comcast, Carvana, LLC, Childrens Dermatology, Columbia Gas, Credit One Bank, Duquesne Light, ECMC, Elizur, First National Bank, Greater Pittsburgh Orthopaedic, HV Pediatrics, HVHS Sewickley Hospital, Heritage Valley Beaver, LVNV Funding, LLC, Northwest Consumer Discount, PHEAA, Penn Credit Corporation, Penn State, Pennsylvania Department of Revenue, Premier Womens Health, Progressive, Quantum3 Group LLC, Santander Consumer USA, Select Portfolio Servicing, Sharp Collections, Jefferson Capital Systems LLC, Verizon, Waste Management, Wells Fargo Dealer Services, Wilmington Trust, NA, XFinity and Ronda J. Winnecour, Chapter 13 Trustee,<br><br>Respondent(s) | Bankruptcy No. 21-21200-CMB<br>Chapter 13<br>Related to Document No(s). 138-139<br><br>Hearing Date and Time:<br>September 16, 2026 at 10:30 AM |

**<u>CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE PERSONAL INJURY SETTLEMENT</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Personal Injury Settlement filed on August 21,

2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Personal Injury Settlement appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Approve Personal Injury Settlement were to be filed and served no later than September 8, 2026.

It is hereby respectfully requested that the Order attached to the Motion to Approve Personal Injury Settlement be entered by the Court.

Respectfully submitted,

September 9, 2026
Date:

/s/Lauren M. Lamb

Lauren M. Lamb, Esquire
Attorney for the Debtors
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com