IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Justin S. Wilkins and Holly L. Wilkins, | Bankruptcy No. 21-21200-CMB |
| | Chapter 13 |
| | Related to Document No. 138 |
| Debtors | |
| | **ENTERED BY DEFAULT** |
| Justin S. Wilkins, | |
| Movant | |
| vs. | |
| Apex Asset Management, LLC, AT&T, Ally Financial, Atlas Acquisitions, Beaver Falls Municipal Authority, Berkheimer, Bridgecrest, Brighton Radiology, Comcast, Carvana, LLC, Childrens Dermatology, Columbia Gas, Credit One Bank, Duquesne Light, ECMC, Elizur, First National Bank, Greater Pittsburgh Orthopaedic, HV Pediatrics, HVHS Sewickley Hospital, Heritage Valley Beaver, LVNV Funding, LLC, Northwest Consumer Discount, PHEAA, Penn Credit Corporation, Penn State, Pennsylvania Department of Revenue, Premier Womens Health, Progressive, Quantum3 Group LLC, Santander Consumer USA, Select Portfolio Servicing, Sharp Collections, Jefferson Capital Systems LLC, Verizon, Waste Management, Wells Fargo Dealer Services, Wilmington Trust, NA, XFinity and Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondent | |

**ORDER OF COURT**

AND NOW, to wit, this 10th day of September, 2026, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The personal injury settlement in the amount of $55,000.00 is approved;
2) Special counsel's attorney's fees are approved in the total amount of $17,900.00;
3) Special counsel is approved to be reimbursed for $2,838.82 in costs;
4) Debtor's medical costs in the amount of $712.87 shall be paid from the settlement;
5) Steidl & Steinberg, P.C. shall be paid $2,880.09 in fees and costs from the settlement proceeds;
6) Debtor shall receive $5,952.57 pursuant to his claimed exemption under 11 U.S.C. §522(d)(11)(D) and 11 U.S.C. §522(d)(11)(D);
7) The Chapter 13 Trustee shall receive $24,715.65 to be applied to general Plan funding pursuant to the confirmed Chapter 13 Plan dated June 8, 2021.

Carlota M. Böhm
glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
9/10/26 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-21200-CMB
Justin S Wilkins Chapter 13
Holly L Wilkins
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 10, 2026 Form ID: pdf900 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin S Wilkins, 159 Lettie Avenue, Campbell, OH 44405-1029 |
| jdb | + | Holly L Wilkins, 802 Seventh Street, Rochester, PA 15074-1433 |
| sp | + | Madison E. Hart, Shollenberger Januzzi & Wolfe, LLP, 2225 Millennium Way, Enola, PA 17025-1497 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Jordan Matthew Katz | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- jkatz@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Lauren M. Lamb | on behalf of Debtor Justin S Wilkins llamb@steidl-steinberg.com |

julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Holly L Wilkins llamb@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com

Matthew Fissel
on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew M. Pavlovich
on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee mpavlovich@prpclaw.com, sruschak@prpclaw.com

Michelle L. McGowan
on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- mimcgowan@raslg.com

Michelle L. McGowan
on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- rshearer@raslg.com

Roger Fay
on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 13