# PROCEEDING MEMO

**Date: 09/16/2026 10:30 AM**

**In re: Justin S Wilkins**
**Holly L Wilkins**

**Bankruptcy No. 21-21200-CMB**
**Chapter: 13**
**Doc. # 129**

**Appearances: Abby Steidl**
**Winnecour/ DeSimone/ Warmbrodt/ Sloan**

**Nature of Proceeding: #129 Continued Hearing Re: Trustee's Motion To Dismiss**

**Additional Pleadings: #133 Response filed by Debtor**

Per Attorney DeSimone, waiting for proceeds from personal injury action at Doc 144, no proceeds received yet, but when they are, Trustee will withdraw motion to dismiss, trustee requests continuance

OUTCOME: Matter to be rescheduled or withdrawn pending payment of personal injury proceeds

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
9/16/26 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA