**PROCEEDING MEMO**

**Date: 09/16/2026 10:30 AM**

**In re: Justin S Wilkins**
**Holly L Wilkins**

**Bankruptcy No. 21-21200-CMB**
**Chapter: 13**
**Doc. # 17**

**Appearances: Abby Steidl**
**Winnecour/ DeSimone/ Warmbrodt/ Sloan**

**Nature of Proceeding: #17 Contested Plan Hearing Re: Chapter 13 Plan Dated June 8, 2021**

OUTCOME: Case sent back to conciliation dated October 15, 2026 at 1pm

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
9/16/26 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Justin S Wilkins
Holly L Wilkins
Debtors

Case No. 21-21200-CMB
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 16, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin S Wilkins, 159 Lettie Avenue, Campbell, OH 44405-1029 |
| jdb | + | Holly L Wilkins, 802 Seventh Street, Rochester, PA 15074-1433 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Jordan Matthew Katz | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- jkatz@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Lauren M. Lamb | on behalf of Joint Debtor Holly L Wilkins llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; |

| | |
|---|---|
| | bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Justin S Wilkins llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- bkgroup@kmllawgroup.com |
| Matthew M. Pavlovich | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee mpavlovich@prpclaw.com, sruschak@prpclaw.com |
| Michelle L. McGowan | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE3, Asset-Backed Certificates, Series 2006- rshearer@raslg.com |
| Roger Fay | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank NA, as trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13